FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

No. 04-22-00175-CV

## IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

Original Mandamus Proceeding[1]

# ORDER

Sitting:      Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

Following a March 16, 2022 hearing, the trial court signed an order on March 25, 2022 entitled "Further Orders of the Court as to E.H. Following Child Without Placement Hearing" (referred to as the "March 16 order"). On March 28, 2022, the Relator filed a petition for writ of mandamus complaining of the March 16 order. Relator also filed a motion for temporary emergency relief asking this court to stay: the March 16 order, "any new or revised orders to have the same effect," and "the trial court from taking punitive and coercive action to enforce the provisions of [the March 16] order, including but not limited to incarceration and monetary sanctions."

On March 29, 2022, we granted the motion for temporary emergency relief in part as follows:

1. The following decretal paragraph in the trial court's March 16 order rendered on March 16, 2022 and signed on March 25, 2022 is STAYED pending further order of this court:

   2.3 IT IS ORDERED that the Texas Department of Family and Protective Services is to identify and execute a child specific contract for any or all child placing agencies with therapeutic foster homes that can meet the child's needs. The Department is to provide a list of all the potential placements identified by March 21st, 2022 at noon to the child's attorney, educational surrogate/guardian ad litem and CASA volunteer.

---

[1] This original proceeding arises out of Cause No. 2013-PA-01215, styled *In the Interest of E.H., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

*2. Any further proceedings regarding the creation of contracts or the payment of funds pertaining to a child-specific contract for E.H. are STAYED pending further order of this court.* (emphasis added).

3. Any contempt proceedings, sanctions, or any enforcement of decretal paragraph 2.3 in the March 16 order are STAYED pending further order of this court.

On April 5, 2022, relator filed a second motion for temporary emergency stay arising out of an April 4, 2022 hearing held by the trial court regarding placement and a child specific contract for the child E.H. Relator represents that at the conclusion of the hearing, the trial court orally rendered the following orders:

3.2 IT IS ORDERED that a representative of the child specific contract division of the Texas Department of Family and Protective Services contact [sic] a staffing with leadership of Perimeter Healthcare, Youth Opportunity, Acadia Healthcare and Kidlink agencies regarding the child [E.H.]. Additionally, they are to conduct a staffing with placements that work with autistic youths . . . [and] identify what homes are in the state of Texas and surrounding states for autistic youths . . . The report of the outcomes of the staffings need to be submitted by April 13, 2022 at 9 am. The Texas Department of Family and Protective Services is to secure the attendance of the individual who conducted each of the staffings . . . who needs to be present at the hearing on April 13th, 2022 at 11 a.m.

3.3 IT IS ORDERED that the address of Gina Kothe-Gibson needs to be given to ADA by 9 a.m. on April 5, 2022 who is to relay the information to the Court and to the attorneys so that the Court may issue a Capias.

3.4 IT IS ORDERED that the Department is to secure director of Arrow Child and Family Ministries or the person from that agency who authorized prior placement payment rate of the previously proposed foster family. This person is to be identified and their contact information is to be provided for purposes of scheduling a deposition by April 13, 2022 at 10 a.m.

4.1 The Court determines that this case shall be set for the continuance of this hearing regarding the placement of the child and a status hearing regarding the Texas Department of Family and Protective Services' compliance with the orders from today to be held on April 13, 2022 at 11:00 a.m. ….

We hereby GRANT the relator's "Second Motion for Temporary Emergency Relief" in part and ORDER that sections 3.3 and 3.4 are temporarily STAYED until the transcript of the April 4, 2022 hearing and a signed copy of the written order are filed in this Court and until further order of this Court. We further ORDER relator to obtain a signed written order by the trial court and the reporter's record from the April 4, 2022 hearing and file both in this Court *within ten (10) days* from the date of this order.

Relator's "Motion for Review of Further Orders" requesting this Court to void the trial court's April 4, 2022 order is DENIED.

FILE COPY

It is so **ORDERED** on April 12, 2022.

**PER CURIAM**

ATTESTED TO: _____

MICHAEL A. CRUZ,
CLERK OF COURT